IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPP PROPERTY BUSINESS AND MANGEMENT, INC, | ) ) | |
| Appellant, | ) ) | Civil Action No. 08-1333 |
| v. | ) ) | Procedural Order for Bankruptcy Appeals |
| ALLEGHENY COUNTY, ET AL., | ) | |
| Appellees. | ) | |

ORDER

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

(1) The appellant shall serve and file their brief by October 14, 2008;

(2) The appellees shall serve and file their brief by October 29, 2008;

(3) The appellant may serve and file a reply brief by November 10, 2008

(4) No extensions of time will be permitted without order of the Court.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

Dated: September 29, 2008

cc: All parties of record