IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SPP PROPERTY BUSINESS AND )
MANAGEMENT, INC, )
    Appellant, ) Civil Action No. 08-1333
)
    v. )
)
ALLEGHENY COUNTY, ET AL., )
    Appellees. )

## ORDER

AND NOW, this 13th day of October, 2008, upon consideration of appellant's motion for extension of time [document #5], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

    1) Appellant's brief shall be filed on or before November 15, 2008.

    2) Appellee's brief shall be filed on or before December 1, 2008.

    3) Any reply by appellant shall be filed by December 11, 2008.

    4) **THERE WILL BE NO FURTHER EXTENSIONS GRANTED**.

                                      BY THE COURT:

                                      s/Gary L. Lancaster     , J.
                                      The Honorable Gary L. Lancaster,
                                      United States District Judge

cc: all parties of record